**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                       NO. 4:11CR00285-001 SWW

DOUGLAS LAYNE CALLAHAN                                                          DEFENDANT

**ORDER**

The above entitled cause came on for hearing November 15, 2016 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of the defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke defendant's supervised release [doc #27] is *granted* and defendant's supervised release is hereby *revoked*. Defendant shall serve a term of imprisonment of *EIGHT (8) MONTHS* in the custody of the Bureau of Prisons to run concurrently with the sentence to be imposed in the pending State Court case. The Court recommends that defendant be incarcerated in Talladega, Alabama, where defendant has been incarcerated before, and that defendant participate in substance abuse treatment and mental health counseling during incarceration.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that defendant be remanded to the custody of the U.S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

DATED this 15th day of November 2016.

/s/Susan Webber Wright
United States District Judge